■ PHOENIX LIGHT SF LIMITED et al., Appellants, v MERRILL LYNCH & CO., INC., et al., Respondents. [39 NYS3d 376]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Charles E. Ramos, J.), entered on or about October 8, 2014, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto filed October 7, 2016, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Renwick, J.P., Andrias, Saxe and Moskowitz, JJ.

■ In the Matter of BARBARA HULTAY, on Behalf of RONALD STANTON, Appellant, v MEI WU-STANTON, Respondent. [38 NYS3d 895]—Appeals from amended order, Supreme Court, New York County (Laura E. Drager, J.), entered February 4, 2016, and order, same court and Justice, entered February 17, 2016, unanimously dismissed, without costs.

Counsel for both parties agree that the proceeding has abated due to Ronald Stanton's death (see CPLR 1015 [a]). Concur—Sweeny, J.P., Renwick, Webber and Gesmer, JJ.